UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHLEEN SAUNDERS

VERSUS

BILL ME LATER, INC., ET AL.

CIVIL ACTION

NO. 13-162 JJB-SCR

## ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled as to all parties;

IT IS ORDERED that this action be and is hereby DISMISSED as to all parties without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, May 30, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA